UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

| Case No. | 8:24-cv-02389-FWS-JDE | Date | January 27, 2025 |
|---|---|---|---|
| Title | Monika Villazon v. Mercedes-Benz USA, LLC et al | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

Rolls Royce Paschal
Deputy Clerk

Not Reported
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:

None Present

ATTORNEYS PRESENT FOR DEFENDANT:

None Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT**

   The court, having been advised by a Notice of Settlement [9] that this action settled, hereby orders this action dismissed without prejudice.   The court hereby orders all proceedings in the case vacated and taken off calendar.

   The court retains jurisdiction for **90 days** to vacate this order and to reopen the action upon a showing of good cause that the settlement has not been completed.   This order shall not prejudice any party in this action.

   Any pending Order to Show Cause is hereby discharged.

|   | - : - |
|---|---|
| Initials of Deputy Clerk | rrp |

cc: